# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 5, 2010

140991 & (27)(28)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MICHIGAN DEPARTMENT OF
TRANSPORTAION,
　　　　　Plaintiff-Appellee,

v

DETROIT INTERNATIONAL BRIDGE
COMPANY,
　　　　　Defendant-Appellant,

and

SAFECO INSURANCE COMPANY
OF AMERICA,
　　　　　Defendant.

_____/

SC: 140991
COA: 296567
Wayne CC: 09-015581 CK

　　　On order of the Court, the motions for immediate consideration and for stay of enforcement of the February 1, 2010 order of the Wayne Circuit Court and for stay of further proceedings in that court are GRANTED.

　　　The application for leave to appeal the March 17, 2010 order of the Court of Appeals remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2010 _____

y0504

_____
Clerk